## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NIVEDITA SHARMA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCUTECH SYSTEMS CORPORATION,<br><br>　　　　Defendant. | No. 1:22-cv-00551-JMS-MJD |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nivedita Sharma ("Plaintiff") hereby gives notice that her claims are dismissed without prejudice.

Dated: October 4, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　　　　　gklinger@milberg.com

　　　　　　　　　　　　　　　　　　　　David K. Lietz
　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Avenue NW Suite 440
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20015-2052
　　　　　　　　　　　　　　　　　　　　Telephone: (866) 252-0878
　　　　　　　　　　　　　　　　　　　　dlietz@milberg.com

Daniel O. Herrera
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Gary M. Klinger, certify that the foregoing *Notice of Voluntary Dismissal* was provided on this 4th day of October, 2022, via the Court's CM/ECF system, providing notification to all parties of record.

/s/ *Gary M. Klinger*
Gary M. Klinger