**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| NIVEDITA SHARMA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCUTECH SYSTEMS CORPORATION,<br><br>Defendant. | No. 1:22-cv-00551-JMS-MJD |

> Dismissal without prejudice acknowledged [48]. All pending motions, deadlines and hearings are vacated. JMS, DJ 10/5/22 Distribution via ECF.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nivedita Sharma ("Plaintiff") hereby gives notice that her claims are dismissed without prejudice.

Dated: October 4, 2022

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
gklinger@milberg.com

David K. Lietz
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com